UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. ALLEY,<br><br>　　　　Plaintiff,<br><br>　　v,.<br><br>M. HER, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-0010 AC P<br><br><br>ORDER |

　　　　Plaintiff filed a motion requesting a copy of the fully executed settlement agreement.  ECF No. 33.  In response, defendants have mailed plaintiff a copy of the agreement and request that the court redact or remove page six of plaintiff's motion because it contains his unredacted social security number, which appears to have been an oversight on plaintiff's part.  ECF No. 34.  Plaintiff's motion will therefore be denied as moot.  Defendants' motion will be construed as a motion to seal and will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for a copy of the fully executed settlement agreement (ECF No. 33) is DENIED as moot;

　　　　2. Defendants' motion to remove plaintiff's filing (ECF No. 34) is construed as a motion to seal and is GRANTED; and

////

1

3.  The Clerk of the Court is directed to seal page six of plaintiff's motion at ECF No. 33.

DATED: October 19, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE